IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:07-CR-89 |
| ) | (PHILLIPS/GUYTON) |
| JULIA C. NEWMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM AND ORDER

This case comes before the Court on Motion Of Herbert S. Moncier, Pro Se, To Intervene To Seek Declaratory Judgment To Determine His Duties To Defendant Prior To Trial On January 20, 2009 ("the Motion") [Doc. 125]. The government has responded in opposition to the Motion by way of a Motion To Strike [Doc. 130].

The Court has considered every argument advanced in the Motion, and the Court finds that they are not well-taken, and therefore, the Motion **[Doc. 125]** is **DENIED**.

Given the denial of the Motion, the Government's Motion To Strike **[Doc. 130]** is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge